```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHENGDU SHIQIAOSHANG TECHNOLOGY
CO., LTD., et al.,

                        Plaintiffs,                      ORDER
v.
                                                         25-CV-06585 (PMH)
PATHWAY IP LLC,

                        Defendant.
-----------------------------------------------------------X
```

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared today by telephone for a pre-motion conference. As discussed on the record at the conference, Defendant Pathway IP LLC's counsel consented to transferring this case to the United States District Court for the Northern District of Illinois. The Court allowed a brief recess for counsel to Plaintiffs Chengdu ShiQiaoShang Technology Co., Ltd., Shenzhen Yulonglong Technology Co., Ltd., and Chengdu Zheshe Suipian Technology Co., Ltd. to confer with their clients and, after so conferring, Plaintiffs' counsel likewise consented to transfer this action to the Northern District of Illinois.

The Court finds that the convenience of parties and witnesses and the interest of justice favor transferring this action to the Northern District of Illinois under 28 U.S.C. § 1404(a). The Court notes that two related cases are currently pending in that district. *See Pathway IP LLC v. the Individuals et al.*, No. 24-CV-05218 (N.D. Ill.); *Pathway IP LLC v. The Individuals et al.*, No. 25-CV-04842 (N.D. Ill.). Accordingly, and in light of the parties' consent to transfer venue, the Court hereby transfers this case to the Northern District of Illinois. The transfer is without prejudice to any argument the parties may wish to raise in the transferee court that were raised in their pre-motion letters. (Docs. 14, 17).

The Clerk of Court is respectfully directed to transfer this action to the United States District Court, Northern District of Illinois without regard to Local Civil Rule 83.1.

SO-ORDERED:

Dated: White Plains, New York
January 7, 2026

_____
Philip M. Halpern
United States District Judge